# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**RICHARD ALLEN NEAL,**

    *Plaintiff*,

v.                                      **CASE NO. 5:15CV71-MW/GRJ**

**DR. PARKER ET AL.,**

    *Defendants.*

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 55. Plaintiff actually does not object to the Magistrate's recommendation that his suit be dismissed as against Defendants Alvarez and Parker. ECF No. 57. Plaintiff does not indicate whether he intends to amend his supervisory claim against Dr. Alvarez.

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 55, is accepted and adopted as this Court's opinion. The Clerk shall enter judgment stating, "Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 42, is GRANTED.

1

2

Plaintiff's claim against Defendant Parker is DIS-MISSED with prejudice. Plaintiff's supervisory claim against Dr. Alvarez is DISMISSED without prejudice with leave to amend."

2. Plaintiff shall have 30 days in which to either amend his supervisory claim against Dr. Alvarez or tell this Court that he does not intend to amend his claim.

**SO ORDERED on May 23, 2016.**

          **s/Mark E. Walker                    **
          **United States District Judge**