IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RICHARD ALLEN NEAL,

      Plaintiff,

v.                                   Case No.  5:15cv71-MW/GRJ

DR. PARKER, et al.,

      Defendants.
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 70, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 71. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant Contarini's Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 64, is **GRANTED**, and the Second Amended Complaint, ECF No. 38, is **DISMISSED**." The Clerk shall close the file.

SO ORDERED on February 1, 2017.

                                            s/Mark E. Walker            
                                            **United States District Judge**